UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK ADAMS WILLIE, | ) | Case No. CV 09-596-JSL (CT) |
| Petitioner, | ) | |
| v. | ) | **J U D G M E N T** |
| KELLY HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

*/s/ Spencer Letts*

DATED: November 20, 2009

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE